

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00450-CV

| | | |
|---|---|---|
| DUC X. PHAM AND PHOUNG K. DO PHAM, Appellants | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-319937-20) |
| v. | § | January 16, 2025 |
| JOHN ARCHER AND ANDREA ARCHER, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Duc X. Pham and Phoung K. Do Pham shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack